UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOANNE ROGERS and ANGELA STAR
DAVIS, individually and on behalf of all
others similarly situated,

    Plaintiffs,

Case No. 7:21-cv-00603-EKD

v.

SELECTQUOTE INSURANCE SERVICES INC.,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY DEADLINES PENDING THE COURT'S DECISION ON MOTION TO COMPEL ARBITRATION

**THIS CAUSE**, having come before the Court on Defendant SelectQuote Insurance Services' Unopposed Motion to Stay Deadlines, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Stay Deadlines is **GRANTED**. All remaining deadlines are stayed pending a decision on arbitration.

**DONE AND ORDERED** this   21st   day of October 2022.

*Robert S. Ballou*
Robert S. Ballou
United States Magistrate Judge

1